**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Ex parte:  Adele J. Pope, Appellant,

In re:  Estate of James Brown, a/k/a James Joseph Brown, Respondent.

Appellate Case No. 2013-001649

<hr>

Appeal From Aiken County
The Honorable Doyet A. Early, III, Circuit Court Judge

<hr>

Memorandum Opinion No. 2015-MO-031
Submitted May 22, 2015 – Filed June 10, 2015

<hr>

**AFFIRMED**

<hr>

Adele J. Pope, of Newberry, *pro se* appellant.

Eugene C. Covington, Jr., of Covington, Patrick, Hagins, Stern & Lewis, LLC, of Greenville, Robert N. Rosen and Corey Ty Landon Smith, both of Rosen Law Firm, LLC, of Charleston, Albert P. Shahid, Jr., of Shahid Law Office, LLC, of Charleston, William W. Wilkins, of Nexsen Pruet, LLC, of Greenville, J. David Black, of Nexsen Pruet, LLC, of Columbia, and John Andrew Donsbach, Sr., of Donsbach & King, LLC, of Martinez, GA, for Respondents.

<hr>

**PER CURIAM:** Appellant's motions to add respondents and for related relief and motion to expedite are denied. The orders on appeal are affirmed pursuant to Rule 220(b)(1), SCACR, and the following authorities: S.C. Code Ann. § 1-7-130 (2005); S.C. Code Ann. § 62-3-608 (Supp. 2014); *Carnival Corp. v. Historic Ansonborough Neighborhood Ass'n*, 407 S.C. 67, 753 S.E.2d 846 (2014); *Wilson v. Dallas*, 403 S.C. 411, 743 S.E.2d 746 (2013); *Epworth Children's Home v. Beasley*, 365 S.C. 157, 616 S.E.2d 710 (2005); *Lennon v. S.C. Coastal Council*, 330 S.C. 414, 498 S.E.2d 906 (Ct. App. 1998).

**AFFIRMED.**

**TOAL, C.J., BEATTY, KITTREDGE and HEARN, JJ., concur.**
**PLEICONES, J., not participating.**